UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,    )
                             )
        Plaintiff,           )
                             )
        v.                   )        No. 4:06CR483RWS
                             )
LELAND T. WASHINGTON,        )
                             )
        Defendant.           )

## **ORDER**

This matter is before the Court on defendant Leland T. Washington's

motions to suppress evidence and statements.

Pursuant to 28 U.S.C. § 636(b), the motions were referred to United States

Magistrate Judge David D. Noce.  An evidentiary hearing was held on February

27, 2007, and thereafter Judge Noce filed his Report and Recommendation

regarding the defendant's motions.  No objections to the recommended rulings

were filed.

After careful consideration, the Court will adopt and sustain the thorough

reasoning of Magistrate Judge Noce set forth in support of his recommended

rulings issued on March 7, 2007.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [#52] is **SUSTAINED, ADOPTED, and INCORPORATED** herein.

**IT IS FURTHER ORDERED** that defendant's motions to suppress evidence and statements [#41] and motion to suppress evidence [#47] are denied.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 9th day of April, 2007.